## IN THE SUPREME COURT OF PENNSYLVANIA
### MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 516 MAL 2021

         Petitioner             :

                                 :   Petition for Allowance of Appeal
                                 :   from the Order of the Superior Court

         v.                      :

                                 :

KATRINA A. SANDERS,             :

                                 :

         Respondent           :

## ORDER

**PER CURIAM**

       **AND NOW**, this 18th day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.